BARNEY *et al. v.* KING *et al.*

*(Supreme Court, General Term, First Department.* March 13, 1891.)

Appeal from special term.
Argued before VAN BRUNT, P. J., and DANIELS and O'BRIEN, JJ.
*Henry Wehle,* for appellants. *Page & Taft,* for respondents.

VAN BRUNT, P. J. The opinion which is handed down herewith, (*ante,* 685,) disposing of the appeal from the order striking out portions of the answer as sham, and overruling the same as frivolous, disposes of this appeal, and the order appealed from should therefore be reversed, with $10 costs and disbursements of the appeal. All concur.